IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA LYLES,

    Plaintiff,

vs.                              Case No.: 1:13-CV-00170 LH/CEG

GREYHOUND LINES, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

**THIS MATTER** came before the Court on *Defendant's Motion to Compel*, (Doc. 34), seeking disclosure of Plaintiff's mental health treatment records and asking that Plaintiff be required to sign releases allowing Defendant to secure this information from her mental healthcare providers. The Court, having held a telephonic hearing on January 23, 2014, having reviewed the pleadings, the relevant law and having entertained argument of counsel, finds that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED**:

1. Plaintiff shall provide a complete list of all mental healthcare providers and dates of treatment, including any hospital consultations, for the five (5) years preceding the date of the occurrence referenced in the Complaint and continuing through the present date and as required by D.N.M.LR-CV 26.3(d)(1). This disclosure shall include the name, address and telephone number of any providers, including any physicians, mental health counselors, clinics and hospitals which have treated the party within that time period.

2. Plaintiff shall execute releases in the form provided in the Rules for each of the identified providers.

3. Plaintiff shall provide the information identified in Items 1 and 2 above to Defendant no later than **February 14, 2014**.

The Court makes no decision on the admissibility of any mental health records.

Defendant will provide a copy of all records to Plaintiff that it receives from any mental health provider.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


Approved:

RICHARD R. MARQUEZ
ATTORNEY AT LAW, P.C.

_____*Via email 1/28/2014*_____
Richard R. Marquez
Attorney for Plaintiff
1121 4th Street NW, Suite 1-A
Albuquerque, NM 87102
Telephone: (505) 998-6600
Facsimile: (505) 998-6603


MILLER STRATVERT P.A.

_____*/s/ Virginia Anderman*_____
VIRGINIA ANDERMAN
Attorney for Defendant Greyhound Lines, Inc.
P.O. Box 25687
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Facsimile: (505) 243-4408

2